IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SENG LONG KIM, et al.,** *Plaintiffs*, | : | **CIVIL ACTION** |
| v. | : | |
| **JOHNY M. PIERRE, et al.,** *Defendants*. | : | **No. 25-cv-0141** |

# ORDER

**AND NOW**, this **31st** day of **July 2026**, upon consideration of Defendants' Johny M. Pierre and Star Logistics and Hospitality Services, LLC's (hereinafter, "Defendants") Motion to Preclude the Expert Testimony of Keith A. Bergman (ECF No. 81), Plaintiffs' Opposition (ECF No. 82), Defendants' Reply (ECF No. 87), and Plaintiffs' Sur-Reply (ECF No. 88), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Preclude the Expert Testimony of Keith A. Bergman (ECF No. 81) is **GRANTED in part** and **DENIED in part** as set forth in the accompanying Memorandum Opinion.

2. Plaintiffs' Counsel shall **EMAIL** Chambers on or before **August 7, 2026** to confirm that they have read and explained this Order and the accompanying Memorandum Opinion to their retained expert witness, Keith A. Bergman. Plaintiffs' counsel shall **INSTRUCT** Bergman that his testimony and the contents of the Report are each **LIMITED** in accordance with the Court's decision in the accompanying Memorandum Opinion. Bergman's failure to limit his testimony accordingly will be grounds for a mistrial. The Court **NOTICES** Plaintiffs and their Counsel that in the event of a mistrial, Plaintiffs shall be responsible for paying all attorneys' fees and costs.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**