**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SENG LONG KIM, et al.,** | : | **CIVIL ACTION** |
| ***Plaintiffs*,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHNY M. PIERRE, et al.,** | : | **No. 25-cv-0141** |
| ***Defendants*.** | : | |

**ORDER**

**AND NOW**, this **17th** day of **August 2026**, upon consideration of Defendants Johny M. Pierre and Star Logistics and Hospitality Services, LLC's (hereinafter, "Defendants") Motion for Partial Summary Judgment (ECF No. 79), Plaintiffs' Opposition (ECF No. 83), Defendants' Reply (ECF No. 85), Plaintiffs' Sur-Reply (ECF No. 86), and Defendants' Motion to Amend/Correct Memorandum of Law (ECF No. 93), it is hereby **ORDERED** as follows:

1. Defendants' Motion to Amend/Correct Memorandum of Law (ECF No. 93) is **DENIED as moot** as set forth in the accompanying Memorandum Opinion.
2. Defendants' Motion for Partial Summary Judgment (ECF No. 79) is **GRANTED in part** and **DENIED in part** as set forth in the accompanying Memorandum Opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**